ACCEPTED
14-15-00628-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 3:16:46 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00628-CV

_____

**IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TX**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 3:16:46 PM

_____

**DEBBIE PATTILLO,
APPELLANT,**

CHRISTOPHER A. PRINE
Clerk

**V.**

**SYLVIA FRANCO,
APPELLEE.**

_____

**On Appeal from Cause No. 1024502
County Court at Law No. 4, Harris County, Texas
Honorable Roberta Lloyd, Presiding Judge**

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

_____

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:**

Appellant, Debbie Pattillo, files this Unopposed Motion for Extension of Time to File Appellant's Brief and in support shows the following:

1. Appellant's Brief is due on October 22, 2015. Appellant requests an extension time of thirty days, to November 20, 2015 to file its Brief.

2. Appellant relies on the following facts as a reasonable explanation for the requested extension of time: The trial transcript was filed on 9/22/2015 but Appellant did not receive the trial transcript until October 13, 2015. Additionally, Appellant's counsel was called for jury duty and has not had time to finsh the brief by the filing deadline of 10/22/2015. The extension is not sought for the purpose of delay.

3. The undersigned has conferred with opposing counsel, Kelli Smith who indicated there was no opposition to this request.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** Appellant DEBBIE PATTILLO, respectfully prays that this Honorable Court grant this motion for extension of time.

Respectfully submitted,

**BAILEY & GALYEN**
4131 N. Central Expressway, Suite 860
Dallas, TX  75204
(214) 252-9099 - Office
(214) 520-9941 – Facsimile
srobelen@galyen.com- Email


By:     ___/s/ Scott G. Robelen_____.
Scott G. Robelen
Texas State Bar No.:  16990045
Federal Bar No.: 870867
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that my assistant conferred with Kelli Smith on October 21, 2015 who indicated that this motion is unopposed.

___/s/ Scott G. Robelen___.
Scott G. Robelen


## CERTIFICATE OF SERVICE

I certify that on 21st day of October, 2015, I served a copy of this motion by Facsimile at (713) 739-7420 and **ECF** to : Kelli Smith and Barbara Hachenburg who are the attorneys in charge for Appellee, SYLVIA FRANCO APPELLEE, and whose address is **GERMER PLLC,** Three Allen Center, 333 Clay Street, Suite 4950, Houston, TX  77002, (713) 650-1313 Telephone and (713) 739-7420 Facsimile

___/s/ Scott G. Robelen___.
Scott G. Robelen